E-FILED on   4/30/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C-11-05439 RMW |
| Plaintiff, | |
| v. | ORDER SETTING ASIDE DEFAULT AND EXTENDING TIME FOR DEFENDANTS TO ANSWER |
| DUY TRON NGUYEN, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ, | [Re Docket No. 18] |
| Defendants. | |

Pursuant to the stipulation between the parties (Dkt. No. 18), it is hereby ordered that:

1. The defaults entered against defendants are vacated;

2. Subject to any further extensions, defendants shall have thirty (30) days from the date of this order to respond to plaintiff's complaint; and

3. The hearing on plaintiff's application for default judgment set for May 18, 2012 is vacated.

IT IS SO ORDERED.

DATED:   April 30, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING ASIDE DEFAULT AND EXTENDING TIME FOR DEFENDANTS TO ANSWER—No. C-11-05439 RMW
LJP