1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:11-cv-05439-RMW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ |
| vs. | |
| DUY TRONG NGUYEN, ET AL., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ, that the above-entitled action is hereby dismissed **without prejudice** against DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 1, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

STIPULATION OF DISMISSAL
5:11-cv-05439-RMW
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 15, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/1/2013

ROSCHA & ODNE, LLP
By: Nicholas Roscha
Attorneys for Defendants DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ

IT IS SO ORDERED:

*Ronald M. Whyte*

Dated: _____

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
5:11-cv-05439-RMW
PAGE 2