Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DUY TRONG NGUYEN, ET AL., <br><br> Defendants. | CASE NO. 5:11-cv-05439-RMW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ, that the above-entitled action is hereby dismissed **without prejudice** against DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by August 1, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

6  Dated: February 15, 2013

   LAW OFFICES OF THOMAS P. RILEY, P.C.
7  By: Thomas P. Riley
   Attorneys for Plaintiff
8  J & J SPORTS PRODUCTIONS, INC.

11 Dated: 4/1/2013

   ROSCHA & ODNE, LLP
12 By: Nicholas Roscha
13 Attorneys for Defendants DUY TRONG NGUYEN, individually and d/b/a LIGHTHOUSE CAFÉ; and
14 LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ

23
24 IT IS SO ORDERED:

   *Ronald M. Whyte*
                                    Dated: _____
26 _____
   The Honorable Ronald M. Whyte
27 United States District Court
   Northern District of California
28

STIPULATION OF DISMISSAL
5:11-cv-05439-RMW
PAGE 2